FILED
 2007 Jun-04 PM 01:15
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR ROGERS, JR., | ] |
| Plaintiff, | ] |
| v. | ] |
| | ]   2:04-cv-01057-IPJ-JEO |
| DAVID R. ROBINSON and BRAD FELTON, | ] |
| Defendants. | ] |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 8, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DATED**, this 4th day of June 2007.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE